## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7285 | **DATE** | January 14, 2008 |
| **CASE TITLE** | Owens v. Unknown Defendant Officers, et al. | | |

**DOCKET ENTRY TEXT:**

A status hearing is scheduled for February 28, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|