IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICE OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7285 |
| | ) | |
| v. | ) | |
| | ) | Judge Darrah |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CITY OF CHICAGO'S MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully requests that this Honorable Court grant an extension of time up to and including March 13, 2008 in which to answer or otherwise plead to Plaintiff's Second Amended Complaint at Law. In support of this motion, the City states as follows:

1. On December 28, 2007, this action was filed containing claims brought pursuant to 42 U.C.S. § 1983 alleging violations of Plaintiff's constitutional rights. The City of Chicago was served with summons on January 23, 2008.

2. On February 21, 2008, undersigned counsel was assigned to this matter, and filed her appearance on behalf of the City the same day.

4. Upon review, undersigned counsel became aware that the City's answer or other pleading to the Plaintiff's Second Amended Complaint was due on February 12, 2008.

5. As undersigned defense counsel has only recently been assigned to defend this case, she now requests additional time to answer as she must examine the file, confer with her client and draft an answer to Plaintiff's Complaint at Law.

6.	Undersigned counsel has conferred with Plaintiff's counsel, Ms. Rachelle M. Sorg, who has no objection to this request.

7.	This motion is Defendant's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendant City of Chicago, respectfully requests that it be given until March 13, 2008 to answer or otherwise plead to Plaintiff's Second Amended Complaint.

Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL

BY:	/s/ Ashley C. Kosztya
ASHLEY C. KOSZTYA
Assistant Corporation Counsel
Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6922
Attorney No. 6274884