## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PATRICE OWENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07 cv 07285 ) |
| UNKNOWN DEFENDANT OFFICERS, in their individual capacity; and the CITY OF CHICAGO, ILLINOIS | ) ) ) Jury Demand ) ) |
| **Defendants.** | ) |

## NOTICE OF FILING

TO: Ashley Kosztya
City of Chicago, Dept. of Law
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602

Please take notice that on March 11, 2008, the attached First Amended Complaint was electronically filed with the Northern District of Illinois at the Dirksen Building, 219 S Dearborn, Chicago, Illinois.

s/ Rachelle M. Sorg
ELLIOT RICHARDSON & ASSOCIATES, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-676-2100
312-372-7076 (Fax)
ARDC No: 6287455

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, a copy of foregoing First Amended Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                    s/ Rachelle M. Sorg
                                    Elliot Richardson & Associates, LLC
                                    20 S. Clark, Ste. 500
                                    Chicago, IL 60603
                                    312-676-2100
                                    312-372-7076 (Fax)
                                    ARDC No. 6287455