IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE OWENS, | ) |
|     Plaintiff, | ) |
| v. | ) No. 07 C7285 |
| | ) |
| UNKNOWN DEFENDANT OFFICERS, | ) Judge Kennelly |
| in their individual capacity; and the | ) |
| CITY OF CHICAGO, ILLINOIS, | ) Magistrate Judge Denlow |
| | ) |
|     Defendants. | ) |

## NOTICE OF FILING

**To:** Rachelle M. Sorg, Esq.
Elliot Richardson & Assoc., LLC
20 South Clark Street, Suite 500
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that I filed this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following Defendant City's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint at Law, a copy of which is attached.

DATED: March 21, 2008

Respectfully submitted,
MARA S. GEORGES
Corporation Counsel of the City of Chicago

By:  s/ Jennifer Addison
JENNIFER ADDISON
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5122

## CERTIFICATE OF SERVICE

I, Jennifer Addison, an attorney, certify that I caused to be served a true and correct copy of the foregoing Defendant City's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint to the above-listed individual by first-class U.S. mail on or before 5 p.m. on March 21, 2008.

s/Jennifer Addison
Jennifer Addison
Assistant Corporation Counsel