# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7285 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Owens vs. Unknown Officers | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with attorneys for plaintiff and City of Chicago. Plaintiff has leave to file an amended complaint by 4/16/2008 naming new defendants, with summons to issue. Status hearing continued to 5/20/2008 at 9:00 AM. City of Chicago's attorney is directed to notify individual defendants' attorneys. The parties are directed to comply with Judge Kennelly's standing initial order prior to the status hearing.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|