**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PATRICE OWENS,                          )<br>                                         )<br>     Plaintiff,                         )<br>                                         )<br>v.                                       )   Case No. 07 cv 07285<br>                                         )<br>UNKNOWN DEFENDANT OFFICERS, in their     )<br>individual capacity; and the CITY OF CHICAGO, )   <u>Jury Demand</u><br>ILLINOIS                                 )<br>                                         )<br>     Defendants.                         )| |

## NOTICE OF FILING

TO:   Ashley Kosztya
      City of Chicago, Dept. of Law
      30 N. LaSalle Street, Suite 1020
      Chicago, IL 60602

Please take notice that on April 16, 2008, the attached Second Amended Complaint was electronically filed with the Northern District of Illinois at the Dirksen Building, 219 S Dearborn, Chicago, Illinois.

<u>/s/ Rachelle M. Sorg</u>
HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-676-2100
312-372-7076 (Fax)
ARDC No: 6287455

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, a copy of foregoing Second Amended Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Rachelle M. Sorg
HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-676-2100
312-372-7076 (Fax)
ARDC No. 6287455