**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICE OWENS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 cv 07285 |
| | ) | |
| OFFICER JOSE ALVAREZ, in his | ) | Judge Kennelly |
| individual capacity; | ) | Magistrate Judge |
| OFFICER MARIA RAMIREZ, in her individual | ) | |
| capacity; and the CITY OF CHICAGO, | ) | |
| ILLINOIS | ) | |
| | ) | |
| | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO ISSUE SUMMONS TO THE NAMED**
**DEFENDANT OFFICERS**

Plaintiff, PATRICE OWENS, by and through her attorneys, HORWITZ,

RICHARDSON & BAKER, LLC, respectfully requests that this Court grant leave

to Plaintiff to issue summons to the named Defendant Officers to this cause, to

wit, OFFICER JOSE ALVAREZ and OFFICER MARIA RAMIREZ.  In support of

her Motion Plaintiff states as follows:

In this case, Plaintiff filed the initial Complaint on December 28, 2007; a

First Amended Complaint was filed on March 11, 2008.  Neither the initial

Complaint nor the First Amended Complaint included the identity of the officers

involved in the underlying incident.  Plaintiff filed a Second Amended Complaint

on April 16, 2008, which named OFFICER JOSE ALVAREZ and OFFICER

MARIA RAMIREZ as the Defendant Officers to this cause.  To date, the named

Defendant Officers have not yet been served.

On May 22, 2008, this Honorable Court advised Plaintiff's counsel that

service on the individual defendants OFFICER JOSE ALVAREZ and OFFICER

MARIA RAMIREZ was improper as violative of Federal Rule of Civil Procedure

4(m), the rule which governs the time limits regarding service of defendants.  The

Rule provides:

> If a defendant is not served within 120 days after the
> complaint is filed, the court — on motion or on its own
> after notice to the plaintiff — must dismiss the action
> without prejudice against that defendant or order that
> service be made within a specified time. But if the
> plaintiff shows good cause for the failure, the court
> must extend the time for service for an appropriate
> period. This subdivision (m) does not apply to service
> in a foreign country under Rule 4(f) or 4(j)(1).

FED. R. CIV. P. 4(m).  "The Federal Rules thus convey a clear message:

Complaints are not to be dismissed if served within 120 days…" Henderson v.

U.S., 517 U.S. 654, 663 (1996).  With regard to parties newly added in an

amended complaint, the plaintiff is given 120 days from the date of amendment

to serve the newly added defendants.  Excalibur Oil, Inc. v. Gable, 105 F.R.D.

543, 545 (N.D. Ill. 1985).

Here, Plaintiff named newly added parties, OFFICER JOSE ALVAREZ

and OFFICER MARIA RAMIREZ, in her Second Amended Complaint filed April

16, 2008.  Pursuant to the Federal Rules, Plaintiff has until July 4, 2008 to serve

these new parties.  Plaintiff intends to accomplish service of these defendants far

in advance of her deadline.

WHEREFORE, Plaintiff prays this Honorable Court grant Plaintiff's Motion for Leave to Issue Summons to the Defendant Officers.

s/ Blake Horwitz
One of the Attorneys for the Plaintiff
Blake Horwitz

**Horwitz, Richardson, & Baker, LLC.**
20 S. Clark, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)