**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICE OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 cv 07285 |
| | ) | |
| OFFICER JOSE ALVAREZ, in his | ) | Judge Kennelly |
| individual capacity; | ) | Magistrate Judge |
| OFFICER MARIA RAMIREZ, in her individual | ) | |
| capacity; and the CITY OF CHICAGO, | ) | |
| ILLINOIS | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

On May 28, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached PLAINTIFF'S MOTION FOR LEAVE TO ISSUE SUMMONS TO THE DEFENDANT OFFICERS.

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 22, 2008, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR LEAVE TO ISSUE SUMMONS TO THE DEFENDANT OFFICERS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jennifer C Addison               jaddison@cityofchicago.org

Ashley C Kosztya               ashley.kosztya@cityofchicago.org

Elliot S. Richardson                         erichardson@hrbattorneys.com

Rachelle M. Sorg                             rsorg@hrbattorneys.com


                                        s/ Blake Horwitz
                                        One of the Attorneys for the Plaintiff
                                        Blake Horwitz




**Horwitz, Richardson, & Baker, LLC.**

20 S. Clark, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)