## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7285 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Owens vs. Alvarez | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/29/2008 at 9:00 AM. City's attorney is directed to notify individual defendants of the new date. Individual defendants were only recently served. Counsel have not complied with the Court's order of 4/2/2008 directing compliance with its initial standing order. Clerk of court is directed to terminate defendant "unknown officers" and is further directed to amend the caption to read Owens v. Alvarez.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|