## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7285 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Patrice Owens vs. Officer Jose Alvarez, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to issue summons to defendant officers is granted. The Court apologizes for its misunderstanding of the situation that it expressed at the recent status conference. Status hearing remains set to 5/29/08 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|