AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PATRICE OWENS,

    Plaintiff,

    v.

OFFICER JOSE ALVAREZ, in his individual capacity OFFICER MARIA RAMIREZ, in her individual capacity; and the CITY OF CHICAGO, ILLINOIS

    Defendants.

No. 07 cv 07285

Judge Matthew F. Kennelly

To: OFFICER JOSE ALVAREZ
Chicago Police Headquarters
Fifth Floor
3510 S. Michigan Ave.
Chicago, IL 060653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    HORWITZ, RICHARDSON & BAKER LLC
    20 S. Clark St. Suite 500
    Chicago, IL 60603
    Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) Deputy Clerk                                              Date

**Michael W. Dobbins, Clerk**

*J. Cervantes* (signature)

(By) DEPUTY CLERK

May 20, 2008
Date



◆AO 440 (Rev. 8/01) Summons in a Civil Action    07 cv 07285

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/21/08 |
| NAME OF SERVER *(PRINT)* Daniel Corbett | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): P.O. Joe Alvarez c/o Patricia Martin 3510 S. Michigan Chicago, IL 60653

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/21/08      *[signature]*
            Date                          *Signature of Server*

                         4647 W. 103rd St., Oak Lawn, IL 60453
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.