AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

PATRICE OWENS,

    Plaintiff,

v.

OFFICER JOSE ALVAREZ, in his
individual capacity OFFICER MARIA
RAMIREZ, in her individual capacity; and
the CITY OF CHICAGO, ILLINOIS

    Defendants.

No. 07 cv 07285

Judge Matthew F. Kennelly

To: OFFICER MARIA RAMIREZ
Chicago Police Headquarters
Fifth Floor
3510 S. Michigan Ave.
Chicago, IL 060653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> HORWITZ, RICHARDSON & BAKER LLC
> 20 S. Clark St. Suite 500
> Chicago, IL 60603
> Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____        _____
(By) Deputy Clerk                                                            Date

**Michael W. Dobbins, Clerk**

*Cervantes*

(By) DEPUTY CLERK

**May 20, 2008**

Date

AO 440 (Rev. 8/01) Summons in a Civil Action

07 cv 07285

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/21/08 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Daniel Corbett | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): P.O. Maria Ramirez c/o Patricia Martin    3510 S. Michigan Chicago, IL 60653

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/21/08                    _____
                Date                         *Signature of Server*

4647 W. 103rd St., Oak Lawn, IL 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.