AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICE OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER JOSE ALVAREZ, in his individual capacity; OFFICER MARIA RAMIREZ, in her individual capacity; and the CITY OF CHICAGO, ILLINOIS<br><br>    Defendants.<br><br>To: CITY OF CHICAGO<br>C/o City Clerk<br>121 N. LaSalle, Room 107<br>Chicago, IL 60601 | No. 07 cv 07285<br><br>Judge Matthew F. Kennelly |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    HORWITZ, RICHARDSON & BAKER LLC
    20 S. Clark St. Suite 500
    Chicago, IL 60603
    Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) Deputy Clerk                                        Date

**Michael W. Dobbins, Clerk**

*J Cervantes* (signature)
_____
(By) DEPUTY CLERK

**May 20, 2008**
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action     07 cv 7285

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 5/21/08 |
| NAME OF SERVER (PRINT) Joseph Connolly | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: City of Chicago c/o Nancy Nieminski
121 N. LaSalle Room 107 Chicago, IL 60601

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 5/21/08
           Date

Signature of Server: Joseph Connolly

Address of Server: Metro Service 4647 W. 103rd St, Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.