**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Patrice Owens
                             Plaintiff,

v.                                                Case No.: 1:07−cv−07285
                                                Honorable Matthew F. Kennelly

City of Chicago, Illinois, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Telephone conference held and continued to 6/9/2008 at 09:00 AM. Defendant City's counsel reports that contrary to the statements by plaintiff's counsel, summons for the individual defendants has not been received at police headquarters. Plaintiff's attorney, Blake Horwitz, is ordered to appear at the 6/9/2008 conference.Telephone notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.