IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICE OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7285 |
| | ) | |
| v. | ) | |
| | ) | Judge Darrah |
| ALVAREZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CITY OF CHICAGO'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD ON BEHALF OF THE CITY AND THE NAMED DEFENDANTS**

Defendant City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully requests that this Honorable Court grant the City and the individual officer defendants an extension of time up to and including June 25, 2008 in which to answer or otherwise plead to Plaintiff's Second Amended Complaint at Law. In support of this motion, the City states as follows:

1. On December 28, 2007, this action was filed containing claims brought pursuant to 42 U.C.S. § 1983 alleging violations of Plaintiff's constitutional rights. The City of Chicago was served with summons on January 23, 2008.

2. On February 21, 2008, undersigned counsel was assigned to this matter, and filed her appearance on behalf of the City the same day. As this case contained unknown officers as defendants, undersigned counsel conducted a search and provided Plaintiff with the documentation needed to amend the Complaint with the officers' names.

3. Undersigned counsel provided Plaintiff with the documentation, and Plaintiff was

1

given leave to file a Second Amended Complaint naming new defendants, with summons to issue. [*See* Court order entered April 2, 2008] The Second Amended Complaint was filed on April 16, 2008, naming defendants Chicago Police Officers Jose Alvarez and Maria Ramirez (as well as the City).

4.     On May 29, 2008, undersigned counsel reported to the Court that summons for the individual defendants had not been received by Chicago Police Headquarters, based on a conversation the Corporation Counsel's Office had with the Office of Legal Affairs. However, this information was incorrect. In fact, on May 21, 2008, summons and copies of the Second Amended Complaint were dropped off at Chicago Police Headquarters, so that the CPD's Office of Legal Affairs could give the summons and Second Amended Complaint to Officers Alvarez and Ramirez. [*See* Exhibit A, Letter from Plaintiff's Counsel dated May 29, 2008]

5.     According to a conversation Plaintiff's counsel had with the Office of Legal Affairs on May 29th, the summons was waiting to be processed as the individual charged with processing summons was currently on furlough. *Id.* The Office indicated that the individual officers had not yet been served but that they should be served sometime in the near future, and estimated that service should take place by June 6th. *Id.*

6.     While Plaintiff has filed summons with the Court on May 29th stating that summons was returned executed as to Jose Alvarez and Maria Ramirez on May 21st, these two defendants have not yet been personally served (admittedly due to a snafu in the Office of Legal Affairs). While the court docket notes that their responsive pleadings to Plaintiff's Second Amended Complaint are due to be file on June 10th, the City requests that an extension be granted to file said pleadings, as the officers in question have not yet been served and have therefore not requested representation from the City.

7. If and when Officers Ramirez and Alvarez request representation, undersigned counsel for the City will be filing an appearance on their behalf, and wishes to file one responsive pleading for the City and the defendant officers. This will require her to confer with her clients after they request representation and to then draft said pleading. Therefore, an extension of time is warranted.

8. On June 3, 2008, undersigned counsel has conferred with counsel for the Plaintiff (Blake Horwitz), who has no objection to the extension or to the filing of this motion.

**WHEREFORE**, Defendant City of Chicago, respectfully requests that the City and defendant officers be given until June 25, 2008 to answer or otherwise plead to Plaintiff's Second Amended Complaint.

        Respectfully submitted,

        MARA S. GEORGES
        CORPORATION COUNSEL

BY:   /s/ Ashley C. Kosztya
        ASHLEY C. KOSZTYA
        Assistant Corporation Counsel
        Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6922
Attorney No. 6274884