# Exhibit A

*Owens v. Ramirez, et al.*
07 C 7285

# HORWITZ, RICHARDSON & BAKER    H R & B

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

May 29, 2008

## VIA FACSIMILE AND FIRST CLASS MAIL

Ms. Ashley Kosztya
Jennifer Addison
City of Chicago Department of Law
30 N. LaSalle Street, Suite 1020
Chicago, IL 60603

**Re:   Owens v. City of Chicago, Case No. 07 cv 07285**

Dear Counsel:

Please be informed that the summons for Officer Jose Alvarez and Officer Maria Ramirez were served to Ms. Patricia Martin at 3510 S. Michigan, Chicago, IL on May 21, 2008. The summons were filed as executed today, May 29, 2008.

I spoke with Ms. Patricia Martin, from the Records Department, today and she informed me that she had the summons in hand and that they would be entered quickly into the internal database at which point they will be delivered to your office. I also spoke with a Mr. Vincent Caffo in the Legal Affairs Department. He informed me that the individual charged with processing summons, Emerald Yancy, has been on furlough for the last two weeks. Mr. Caffo also informed me that the summons are sitting in her inbox and will processed upon her return. His estimated date of delivery was, at the latest, June 6, 2008.

If you have any further issues regarding receipt of these summons I suggest you contact the aforementioned individuals. Ms. Martin may be reached at (312) 745-5603; Mr. Caffo may be reached at (312) 745-6115.

Two First National Plaza
20 South Clark Street, Suite 500, Chicago, Illinois 60603
Phone: (312) 676-2100   Fax: (312) 372-7076   www.hrbattorneys.com



Sincerely,

Erica Faaborg