IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICE OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7285 |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| ALVAREZ, et al., | ) | |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD ON BEHALF OF THE CITY AND THE NAMED DEFENDANTS**.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on the 10th day of June, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 3rd day of June, 2008.

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:    /s/ Ashley C. Kosztya
　　　　ASHLEY C. KOSZTYA
　　　　Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274884

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **NOTICE OF MOTION** and **CITY OF CHICAGO'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD ON BEHALF OF THE CITY AND THE NAMED DEFENDANTS** to be served electronically upon represented parties via the CM/ECF electronic filing system this 3rd day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Ashley C. Kosztya
　　　　　　　　　　　　　　　　　　　　　　ASHLEY C. KOSZTYA