# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Patrice Owens

                        Plaintiff,

v.                                                   Case No.: 1:07−cv−07285
                                                      Honorable Matthew F. Kennelly

City of Chicago, Illinois, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Motion for extension of time to answer [35] is granted. Response to second amended complaint is to be filed by 6/24/2008. Discovery is ordered closed 10/17/2008. Deadline to amend pleadings and add parties is 8/15/2008. Status hearing continued to 7/9/2008 at 09:00 AM. Minute order of 5/29/2008 is vacated because it was incorrect. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.