# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7285 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Owens vs. Alvarez | | |

**DOCKET ENTRY TEXT**

Defendants' unopposd motion for extension of time is granted. Response to second amended complaint is to be filed by 6/25/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|