IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE OWENS, | ) |
| | ) 07 C 07285 |
| Plaintiff, | ) |
| v. | ) |
| | ) Judge Kennelly |
| OFFICER JOSE ALVAREZ, in his individual capacity; OFFICER MARIA RAMIREZ, in her individual capacity; and the CITY OF CHICAGO, ILLINOIS | ) |
| | ) Magistrate Judge Denlow |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S SECOND AMENDED COMPLAINT,** a copy of which was previously filed and served upon you.

**DATED** at Chicago, Illinois this 24th day of June, 2008.

> MARA S. GEORGES
> CORPORATION COUNSEL
> CITY OF CHICAGO
>
> BY:    */s/ Ashley C. Kosztya*
>         ASHLEY C. KOSZTYA
>         Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922

CERTIFICATE OF SERVICE

I hereby certify that I have caused this **NOTICE OF FILING** and **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S SECOND AMENDED CIVIL RIGHTS COMPLAINT** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 24th day of June, 2008.

> */s/ Ashley C. Kosztya*
> ASHLEY C. KOSZTYA