IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICE OWENS, | ) | |
| | ) | Judge Kennelly |
| Plaintiff, | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| OFFICER JOSE ALVAREZ, in his individual capacity; OFFICER MARIA RAMIREZ, | ) ) | Case No. 07 C 07285 |
| in her individual capacity; and the | ) | Jury Demand |
| CITY OF CHICAGO, ILLINOIS | ) ) | |
| Defendants. | ) | |

**DEFENDANT OFFICERS' AGREED MOTION
TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Officers Jose Alvarez and Maria Ramirez, by one of their attorneys, Mary McCahill, Assistant Corporation Counsel of the City of Chicago, respectfully requests this Honorable Court to enlarge the time in which he may answer or otherwise plead to plaintiff's Second Amended Complaint, stating as follows:

(1)   Officers Jose Alvarez and Maria Ramirez were personally served with this lawsuit on June 12, 2008. (See Alvarez and Ramirez To-Froms, Attached Hereto as Group Exhibits "A").

(2)   The undersigned filed her Appearance for Officers Alvarez and Ramirez on June 24, 2008.

(3)   This motion is Defendant Officer's first request for an extension of time to answer or otherwise plead.

(4)   Defendants Officers have not filed this motion for purposes of delay, rather, Defendant Officers wish to make a clear record regarding service in this matter

and have not yet had the opportunity to interview police personnel and review the necessary paperwork to answer this matter.

(5)  Defendant Officers have discussed this matter with counsel for Plaintiff, who has agreed to their proposed extension of time.

**WHEREFORE**, Defendant Officers, requests this Court to grant his motion for an extension of time to and including July 31, 2008, to answer or otherwise plead to Plaintiff's Second Amended Complaint.

Respectfully submitted,

  /s/ Mary McCahill_____
MARY MCCAHILL
Assistant Corporation Counsel

30 NORTH LA SALLE ST.
SUITE 1400
CHICAGO, ILLINOIS  60602            June 24, 2008
(312) 742-6404
ATTORNEY NO. 06277989