011TH District                                            13 June 08

TO:     Eric Washington
        Commander
        011th District

FROM:   P/O Tony Alvarez #13055

SUBJECT:  Civil Suit 07 CV 07285

R/O received Civil Suit 07 CV 07285 on 12 Jun 08 at 1423hrs from Operations Command Unit, located at 3510 S Michigan Ave

R/O is requesting representation and indemnification from the City pursuit to the FOP contract.

R/O has not received any information regarding a complaint register.

                                            _____
                                            P/O Tony Alvarez #13055

APPROVED



011TH District                                    13 June 08

TO:         Eric Washington
            Commander
            011th District

FROM:       P/O Maria R. Ramirez #3446

SUBJECT:    Civil Suit 07 CV 07285

R/O received Civil Suit 07 CV 07285 on 12 Jun 08 at 1423hrs from Operations Command Unit, located at 3510 S Michigan Ave

R/O is requesting representation and indemnification from the City pursuit to the FOP contract.

R/O has not received any information regarding a complaint register.

                                            *signature* #3446
                                            P/O Maria R. Ramirez #3446

APPROVED