# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Patrice Owens, Plaintiff

v.                                                    Case Number: 2007 C 7285

City of Chicago, et. al.                              Judge Kennelly

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Chicago Police Officers Jose Alvarez and Maria Ramirez

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | /s/ Mary McCahill | /sSIGNATURE | |
| NAME | MARY MCCAHILL | NAME | |
| FIRM | CORPORATION COUNSEL'S OFFICE | FIRM | |
| STREET ADDRESS | 30 N. LaSALLE ST., SUITE 1400 | STREET ADDRESS | |
| CITY/STATE/ZIP | CHICAGO, IL 60602 | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | (312) 742-6404 | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 06277989 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☒  NO ☐ | MEMBER OF TRIAL BAR? | YES ☐  NO ☐ |
| TRIAL ATTORNEY? | YES ☒  NO ☐ | TRIAL ATTORNEY? | YES ☐  NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐  NO ☐ |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐  NO ☐ | MEMBER OF TRIAL BAR? | YES ☐  NO ☐ |
| TRIAL ATTORNEY? | YES ☐  NO ☐ | TRIAL ATTORNEY? | YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐  NO ☐ |