IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE OWENS, ) | |
| ) | Judge Kennelly |
| Plaintiff, ) | |
| v. ) | Magistrate Denlow |
| ) | |
| OFFICER JOSE ALVAREZ, in his individual ) | Case No. 07 C 07285 |
| capacity; OFFICER MARIA RAMIREZ, ) | |
| in her individual capacity; and the ) | Jury Demand |
| CITY OF CHICAGO, ILLINOIS ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF AGREED MOTION**

To:  Rachelle M. Sorg
     Horwitz, Richardson & Baker, LLC
     20 S. Clark St., Ste. 500
     Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, an **DEFENDANT OFFICERS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on **July 1, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2103** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois June 24, 2008

Respectfully submitted,

/s/ Mary McCahill
MARY MCCAHILL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-6404
ATTORNEY NO. 06277989

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copies of the above and foregoing **NOTICE OF MOTION and** an **DEFENDANT OFFICERS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD** will be electronically sent to the person named in the foregoing Notice, at the address therein stated, on June 24, 2008.

Rachelle M. Sorg
Horwitz, Richardson & Baker, LLC
20 S. Clark St., Ste. 500
Chicago, IL 60603

/s/ Mary McCahill
MARY MCCAHILL