IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PATRICE OWENS,** | ) |
| | ) |
| **Plaintiff,** | )   07 C 7285 |
| | ) |
| v. | ) |
| | )   **Judge Kennelly** |
| **OFFICER JOSE ALVAREZ, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO STRIKE DISCOVERY AND FOR ENTRY OF A PROTECTIVE ORDER REGARDING THE PREMATURE DISCOVERY AND REQUESTS TO ADMIT PROPOUNDED BY PLAINTIFF.**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on the 15th day of July, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

    **DATED** at Chicago, Illinois this 8th day of July, 2008.

                                                               MARA S. GEORGES
                                                               CORPORATION COUNSEL
                                                               CITY OF CHICAGO

                          BY:    **/s/ Mary McCahill**
                                                         MARY McCAHILL
                                                     Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-6404

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused this **NOTICE OF MOTION** and **DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING THE PREMATURE DISCOVERY REQUESTS AND REQUESTS TO ADMIT ISSUED BY PLAINTIFF** to be served electronically upon represented parties via the CM/ECF electronic filing system this 8th day of July, 2008.

                                                          **/s/ Mary McCahill**
                                                         MARY McCAHILL