UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Patrice Owens
                        Plaintiff,

v.                                           Case No.: 1:07−cv−07285
                                                Honorable Matthew F. Kennelly

City of Chicago, Illinois, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 7/9/2008, with attorneys for all parties, with defense counsel participating by telephone. Status hearing continued to 7/18/2008 at 09:00 AM., with attorneys by telephone, for the purpose of discussing the possibility of settlement. Defendants are again ordered to respond to plaintiff's settlement proposal by no later than 7/17/2008 at 4:30 PM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.