**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Patrice Owens
                      Plaintiff,

v.                                                    Case No.: 1:07−cv−07285
                                                   Honorable Matthew F. Kennelly

City of Chicago, Illinois, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 7/18/2008, with parties by telephone. Settlement does not appear to be possible at this time. Defendant's Rule 26(a)(1) disclosures are to be made by 8/2/2008. The parties are reminded of the previously set discovery cutoff date of 10/17/2008. Status hearing continued to 10/27/2008 at 09:30 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.