IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE OWENS, ) | |
| ) | JUDGE KENNELLY |
| Plaintiff, ) | |
| v. ) | MAGISTRATE DENLOW |
| ) | |
| OFFICER JOSE ALVAREZ, in his individual ) | Case No. 07 C 07285 |
| capacity; OFFICER MARIA RAMIREZ, ) | |
| in her individual capacity; and the ) | Jury Demand |
| CITY OF CHICAGO, ILLINOIS ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Rachelle M. Sorg
      Horwitz, Richardson & Baker, LLC
      20 S. Clark St., Ste. 500
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 31st day of July 2008 I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND** a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 1st day of August 2008.

                                        Respectfully submitted,


                                By:     /s/ Mary McCahill
                                        MARY MCCAHILL
                                        Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attorney No. 6277989