IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE OWENS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) No. 07 C7285 |
| | ) |
| OFFICER JOSE ALVAREZ, | ) Judge Kennelly |
| in his individual capacity; | ) |
| OFFICER MARIA ALVAREZ | ) Magistrate Judge Denlow |
| in her individual capacity, and the | ) |
| CITY OF CHICAGO, ILLINOIS, | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT CITY OF CHICAGO'S MOTION
TO WITHDRAW APPEARANCE OF JENNIFER ADDISON**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel for the City, respectfully request that this Court permit it to withdraw the appearance of Jennifer Addison as counsel of record for the City. In support of its motion, the City states:

1. Jennifer Addison, Assistant Corporation Counsel, filed an appearance on behalf of the City in this matter on March 5, 2008.

2. As a result of internal reorganization within the City's Law Department, Ms. Addison is no longer assigned to this case.

3. The City, therefore, seeks to withdraw the appearance of Ms. Addison as counsel of record for the City.

4. Ashley Kosztya, Assistant Corporation Counsel, remains as an attorney of record for the City.

5. This motion is not intended to cause any delay in the proceedings nor cause prejudice to plaintiff.

6. The granting of this motion will not necessitate changing the discovery cut-off date or any other dates previously set by the Court.

WHEREFORE, for the above-stated reasons, Defendant City of Chicago respectfully requests that this Court grant its motion to withdraw Jennifer Addison as counsel of record for the City.

                                              Respectfully submitted,

                                              Mara S. Georges
                                              Corporation Counsel

By:    */s/ Jennifer C. Addison*
        JENNIFER C. ADDISON
        Assistant Corporation Counsel

Employment Litigation
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5122