IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICE OWENS, | ) |
|     Plaintiff, | ) |
| v. | ) No. 07 C7285 |
| | ) |
| OFFICER JOSE ALVAREZ, | ) Judge Kennelly |
| in his individual capacity; | ) |
| OFFICER MARIA ALVAREZ | ) Magistrate Judge Denlow |
| in her individual capacity, and the | ) |
| CITY OF CHICAGO, ILLINOIS, | ) |
|     Defendants. | ) |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:  Elliot S. Richardson
      Horwitz Richardson & Baker, LLC
      20 South Clark Street
      Suite 500
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 2103, located at 219 S. Dearborn Street, on **Tuesday, August 26, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 19th day of August, 2008.

                                  Respectfully submitted,
                                  MARA S. GEORGES
                                  Corporation Counsel of the
                                  City of Chicago

Employment Litigation
30 North LaSalle Street, Suite 1020    By:    s/ *Jennifer Addison*
Chicago, Illinois 60602                                Jennifer Addison
(312) 742-7036                                        Assistant Corporation Counsel