## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7285 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Patrice Owens vs. Officer Jose Alvarez, et al. | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's motion for leave to withdraw the appearance of Jennifer Addison is granted.

| | Courtroom Deputy Initials: | DS |
|---|---|---|